File Hashes for IP Address 98.211.178.132

**ISP:** Comcast Cable
**Physical Location:** Fort Lauderdale, FL

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 10/16/2013 01:22:19 | EDAA86BD163BBDF8A02913FC535C0BC778CE65D4 | In Charge |
| 10/16/2013 01:18:19 | 2F7D5C8AA071793BC16BDC1F1B5B08BBC86B8511 | Come from Behind |
| 10/12/2013 18:26:33 | A2CDA013F34E4E3F5D05D950FBF8F317B35833AF | Secret Weapon |
| 10/12/2013 17:24:27 | 01C3F5A9A648D925AA5B58D183DCFD1B94AE481B | Meet Me in Madrid |
| 10/12/2013 17:23:17 | EF7D45942AD823A4E11D9E48EE1381888BA4734B | Through the Looking Glass |
| 10/12/2013 17:20:48 | ADB8EAAB9E1AF222D0686290A504F7ECE186279D | She Bad |
| 10/12/2013 17:19:42 | 83467C4AC0B4202F94B287CC2F0A2B38A2F65B6D | Unbelievably Beautiful |
| 10/12/2013 16:58:31 | EA99AC7173DF533451FF49AFCE1632E534DFDDE4 | In Love with a Girl |
| 10/12/2013 16:49:48 | 2B7F878B8FB668BC28D70D8805FD863BE8254272 | Girly Girls |
| 10/12/2013 16:39:41 | F4C1E5877348813A5B8700B33AB5040F133DEB6B | Czech Beauties |
| 10/12/2013 16:34:59 | 3B0ADE358E77D4DF048E956B4EFD3D6366269D5D | Inside Perfection |
| 10/12/2013 16:29:20 | 2F73EB7A20893FCF0B3C8E50C4775048B6D46F38 | Introducing Angelica |
| 10/12/2013 16:23:31 | 91AF7A51D429BF0E21F54434ED94EEAB5826238A | Spilled Milk |
| 10/12/2013 16:08:00 | 6AFD23904D4B47B58B0EC42120140DF80270E89C | Love with a View |
| 10/12/2013 15:50:14 | 45D93961A97C6E4C4EA0779523F4E07CD066BAC3 | Model Couple |
| 10/12/2013 15:36:08 | 143E187F72AE9BA9BC6DB821D56C08C6D7A8805A | Burning |
| 10/12/2013 15:33:19 | 93BDFE5206C0DDF69D1C1ECF584E06CA5A3D5712 | Almost Famous |
| 10/12/2013 15:32:46 | D3EA052038AF1B0B3BB323673CA4E151F3D42C2E | Spontaneous |
| 10/12/2013 15:24:56 | 2C5F833FB38D4CCA307E1D5C57615AB1C8BBB68A | First and Forever |
| 10/11/2013 23:36:22 | 3C72C1965FC779FB34231AB4DD79D58BC19A3FC8 | A Perfect Match |
| 10/11/2013 23:34:38 | 9F3BB8FFB46702FBF1716393050782F0AC056575 | Erotic Stretching and Sex |
| 10/11/2013 23:17:11 | 6CC6E846AC9F6069ECFA5C276A3832DB186918BC | They Meet Again |

EXHIBIT A

SFL56

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 09/29/2013 17:29:22 | A4F0D5D94A5E801DD216126C439FCEFAEF3A1A3A | Date Night at Home |
| 08/08/2013 11:19:55 | 6AC44391151EAF73C8E6C9C5275FA553B07E3D5B | Hot Chocolate |
| 08/08/2013 11:19:46 | C140C83253D05158D0DB32D566F14F93F23329CC | Sweetest Dreams |
| 08/08/2013 11:19:15 | CE1A092F48E713649F9E9DF529C0C8A1EF71B2E6 | Circles of Bliss |

**Total Statutory Claims Against Defendant: 26**

EXHIBIT A

SFL56