**Copyrights-In-Suit for IP Address 98.211.178.132**

**ISP:** Comcast Cable
**Location:** Fort Lauderdale, FL

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Perfect Match | PA0001862419 | 09/11/2013 | 09/12/2013 | 10/11/2013 |
| Almost Famous | PA0001864687 | 09/27/2013 | 09/30/2013 | 10/12/2013 |
| Burning | PA0001860951 | 07/27/2013 | 08/26/2013 | 10/12/2013 |
| Circles of Bliss | PA0001833297 | 03/20/2013 | 04/01/2013 | 08/08/2013 |
| Come from Behind | PA0001863248 | 09/23/2013 | 09/26/2013 | 10/16/2013 |
| Czech Beauties | PA0001859654 | 07/19/2013 | 08/01/2013 | 10/12/2013 |
| Date Night at Home | PA0001864689 | 09/29/2013 | 09/30/2013 | 09/29/2013 |
| Erotic Stretching and Sex | PA0001862293 | 09/08/2013 | 09/08/2013 | 10/11/2013 |
| First and Forever | PA0001863112 | 09/21/2013 | 09/23/2013 | 10/12/2013 |
| Girly Girls | PA0001862284 | 08/28/2013 | 09/08/2013 | 10/12/2013 |
| Hot Chocolate | PA0001859657 | 07/11/2013 | 08/02/2013 | 08/08/2013 |
| In Charge | PA0001865956 | 10/04/2013 | 10/06/2013 | 10/16/2013 |
| In Love with a Girl | PA0001866052 | 10/11/2013 | 10/16/2013 | 10/12/2013 |
| Inside Perfection | PA0001817756 | 12/02/2012 | 12/16/2012 | 10/12/2013 |
| Introducing Angelica | PA0001818283 | 11/28/2012 | 12/13/2012 | 10/12/2013 |
| Love with a View | PA0001863369 | 09/25/2013 | 09/27/2013 | 10/12/2013 |
| Meet Me in Madrid | PA0001847658 | 06/12/2013 | 06/30/2013 | 10/12/2013 |
| Model Couple | PA0001852677 | 06/22/2013 | 06/27/2013 | 10/12/2013 |
| Secret Weapon | PA0001846098 | 05/12/2013 | 06/11/2013 | 10/12/2013 |
| She Bad | PA0001862295 | 08/30/2013 | 09/08/2013 | 10/12/2013 |
| Spilled Milk | PA0001833299 | 03/08/2013 | 04/01/2013 | 10/12/2013 |

EXHIBIT B

SFL56

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Spontaneous | PA0001860977 | 08/22/2013 | 09/10/2013 | 10/12/2013 |
| Sweetest Dreams | PA0001820194 | 01/04/2013 | 01/08/2013 | 08/08/2013 |
| They Meet Again | PA0001866049 | 10/11/2013 | 10/16/2013 | 10/11/2013 |
| Through the Looking Glass | PA0001851980 | 06/30/2013 | 07/05/2013 | 10/12/2013 |
| Unbelievably Beautiful | PA0001805315 | 08/24/2012 | 09/10/2012 | 10/12/2013 |

**Total Malibu Media, LLC Copyrights Infringed:  26**

EXHIBIT B

SFL56